

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2016

No. 04-16-00251-CR

Christopher Anthony **GARCIA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8550A
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Before the Court is appellant's second motion for extension of time to file his brief. Appellant requests extension to September 23, 2016, to allow his attorney the opportunity to review a video that was played in court but not included in the appellate record. The video is now included in the appellate record.

IT IS ORDERED appellant's motion for extension of time is GRANTED. Appellants brief must be filed on or before September 26, 2016. **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2016.



Keith E. Hottle
Clerk of Court